UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-

                                                            -CR-     (   ) (   )

Sawtanter Dhawili

                                        Defendant(s).
-------------------------------------------------------------------X

Defendant **Sawtanter Dhawili** hereby voluntarily consents to participate in the following proceeding via  x   videoconferencing or  x   teleconferencing:

____  Initial Appearance Before a Judicial Officer

____  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**  Bail/Detention Hearing

____  Conference Before a Judicial Officer


*Sawtanter Dhaliwal*                                    *Annalisa Miron*
_____                               _____
Defendant's Signature                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Sawtanter Dhaliwal**                                  **Annalisa Miron**
_____                               _____
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 21, 2020
_____
Date

                                                _____
                                                JAMES L. COTT
                                                United States Magistrate Judge